IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 00-132 |
| | ) |
| MICHAEL DUFFALO | ) |

### ORDER OF COURT

AND NOW, to-wit, this 10th day of May, 2007, upon consideration of the foregoing Motion to Amend Sentencing Order, it is hereby ORDERED, ADJUDGED AND DECREED that the December 20, 2004 Order be amended to order the service of the federal sentence to be served concurrently, and commence as of June 6, 2005, the date that Mr. Duffalo entered into state custody.

Maurice B. Cohill, Jr.
United States District Judge

CC: Federal Bureau of Prisons